1  Bekah Du Bois
2  227 Encina Ave.
   Redwood City, CA 94061
3
4  Tel: (650) 521-1779
   Fax: (650) 618-1551
5  bekahdubois@gmail.com

6  Plaintiff, In Pro Per

**FILED**

**APR 30 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bekah Du Bois, | Case Number: |
| Plaintiff, | **CV21 3224** |
| vs. | **COMPLAINT FOR DAMAGES** |
| Anthony Boskovich, Gary Bertis Stratton and | |
| DOES 1 through 20, Inclusive, | |
| Defendants. | *SK* |

### COMPLAINT

COMES NOW Plaintiff, Bekah Du Bois, and files this their Complaint against Anthony Boskovich and Gary Bertis Stratton, and in support thereof would show the following, to-wit:

I.

That the Plaintiff, Bekah Du Bois, is an adult resident citizen of San Mateo County, State of California.

II.

That the Defendant, Anthony Boskovich, Esq. is an adult resident citizen of Berkshire County, State of Massachusetts, and is licensed to do business and is doing business in San Jose, California and Santa Clara County, California, as an attorney.

That the Defendant, Gary Bertis Stratton is an adult resident citizen of Clark County, State of Nevada, and is collecting rents in a residential real estate business in Clark County, Nevada and in Phoenix, Arizona.

- 1 -

RECEIVED

2021 APR 30 P 12: 22

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

1       This Complaint is being filed in the United States District Court, Northern District of California

2 due to the fact that the Defendants and the Plaintiff live in different states.

3

                                      COUNT I

4

                                        III.

5

6       That the Defendants and or their agents willfully, maliciously and intentionally inflicted

7 emotional distress and financial ruin upon the Plaintiff without just cause with the intent of harming the Plaintiff by breeching the Fiduciary statutes in the County of Santa Clara Family Court by telling

8 Plaintiff that Defendant Stratton had no income and no employment thereby threatening to take action to receive spousal support. In reality, Defendant Stratton had created income hiding mechanisms to keep

9 his true income secret. His income was and most likely still is being derived from the rental income from 9 properties in Nevada and 4 properties in Phoenix, AZ.

10

                                      COUNT II

11

                                        IV.

12

13       That the Defendants and or their agents willfully, maliciously and intentionally inflicted emotional distress and financial ruin upon the Plaintiff without just cause with the intent of harming the

14 Plaintiff by committing Wire and Mail Fraud. This breech was made known to Plaintiff on May 1, 2020 when Plaintiff's former Family Attorney, under oath, told of the admission by Defendant Anthony

15 Boskovich that he knew that Defendant Gary Stratton had been married on October 17, 2015 and thereby could not enter into the Mutual Waiver of Spousal Support. The Mutual Waiver of Spousal Support was

16 part of an agreement to waive the Statute of Limitations in the Santa Clara County Superior Court Malicious Prosecution suit so that Defendants could continue with the suit. As a direct and proximate

17 cause of Defendants' and or their agents actions, the Plaintiff was in fact irreparably harmed by the Defendants and or their agents.

18

19                            COUNT III through XIV

20

                                        V.

21

22       That the Defendant and or his agents have intentional, maliciously, and without just cause, committed aforementioned Fraud at least 10 times in the Civil Court and Once in the Family Court.

23 First, by failing to inform the Superior Court of the County of Santa Clara at the Trial Setting Conference on January 6, 2016 that the Statute for completing the Stratton v Du Bois Malicious

24 Prosecution Case ran out on April 21, 2016 thereby allowing the Court to set the trial for June 6, 2016 and at all subsequent appearances in the Malicious Prosecution case 1-11-CV-199490:

25 1-11-CV-199490

26 | Department 7 | Conference: Trial Setting | 1/5/2016 |
| Department 7 | Conference: Trial Setting | 6/7/2016 |
| Department 7 | Conference: Trial Setting | 11/15/2016 |
| Department 7 | Conference: Trial Setting | 12/6/2016 |
| Department 9 | Conference: Trial Setting | 4/25/2017 |

| | | |
|---|---|---|
| Department 9 | Conference: Trial Setting | 7/11/2017 |
| Department 9 | Conference: Trial Setting | 8/22/2017 |
| Department 9 | Conference: Settlement Jury | 2/7/2018 |
| Department 2 | Jury Trial: Long Cause | 2/13/2018 |

6-09-FL-002093

| | | |
|---|---|---|
| Department 75 | Request for Order: Mod Support | 11/30/2017 |

COUNT XV

VI.

That the Defendants and or their agents have intentionally, maliciously and without just cause, conspired and engaged and malicious and intentional fraud that was calculated to harm the Plaintiff by keeping her from applying for and receiving Spousal Support

COUNT XVI

VII.

That as a result of Defendants actions Plaintiff forced to retain an attorney and have incurred costs for which Defendants are liable.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands a judgment of and from the Defendant Gary Bertis Stratton in the sum of Four Hundred Fifty Eight Thousand Five Hundred and Seventy Dollars and Eight Six Cents. Dollars ($458,570.86) in actual damages and interest from 4/29/2021 to the time of the resolution of this law suit and Two Million Dollars ($2,000,000.00) as punitive damages along with reasonable attorney fees and all costs.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands a judgment of and from the Defendant Anthony Boskovich in the sum of Two Hundred Fifty Nine Thousand Two Hundred Nine Dollars and Eleven Cents ($259,209.11) in actual damages and interest from 4/29/2021 to the time of the resolution of this law suit and Two Million Dollars ($2,000,000.00) as punitive damages along with reasonable attorney fees and all costs.

Plaintiffs pray for such other relief as in law or equity they may be entitled. This the 30th day of April, 2021.

DATED: April 30, 2021

BEKAH DU BOIS

*Bekah Du Bois*

_____

Bekah Du Bois
Plaintiff, In Pro Per

- 3 -

COMPLAINT FOR DAMAGES