UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKAH DUBOIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY BOSKOVICH, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03224-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 10 |

　　　The Court has reviewed Magistrate Judge Kim's Report and Recommendation Re Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　IT IS HEREBY ORDERED that this case is dismissed. The Clerk is directed to close the file.

　　　**IT IS SO ORDERED.**

Dated: August 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge