Bekah Du Bois
In Pro Per
227 Encina Ave
Redwood City, CA 94061 (650-521-1779
Email: bekahdubois@gmail.com

FILED

AUG 10 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES DISTRICT COURT NORTHERN

DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKAH DUBOIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY BOSKOVICH, Gary Bertis Stratton, et al.,<br><br>　　　　Defendants | Case No. 21-cv-03224-SK<br><br>**OBJECTION TO ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION FOR DISMISSAL AND REQUEST FOR PERMISSION TO FILE A SECOND AMENDED COMPLAINT**<br><br>Regarding Docket No. 8 |

### OBJECTION

*Pro se* Plaintiff Bekah Dubois ("Plaintiff') herby objects to the ORDER FOR REASSIGHMENT AND RECOMMENDATION FOR DISMISSAL.  Plaintiff Bekah Du Bois objects based on the fact that she is a senior, unable to afford legal counsel, and relies on the free assistance of the San Francisco Bar Association's Pro Bono program, which has no available appointments until August 12, which Plaintiff has confirmed an appointment on that day.

　　Mr. Boskovich, although maintaining both his CA State Bar license and his Massachusetts State Bar licenses, lives in Massachusetts, has sold his office in California, and does not take clients in California per his phone message. Mr. Stratton, does in fact live in Henderson, Nevada. It is unclear to Plaintiff what proof to provide the court of the validity of his address in Nevada.

　　Additionally, it is unclear to Plaintiff what proof of damages that will convince the court that this is in fact a case appropriate to bring before the Federal Court in that it is truly a diversity case and is for damages over $75,000.00.

RECEIVED

2021 AUG -9 P 3:02

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Should the Federal Court not hear this complaint, Plaintiff has no other choice than to file it in the Superior Court of Santa Clara County, State of California where Plaintiffs will object as they are not living in California.

## CONCLUSION

Plaintiff Du Bois begs the court for an additional 30 days within which to cure the deficiencies of her First Amended Federal Complaint in a SECOND AMENDED COMPLAINT.

DATE: 08/09/2021                                    NAME: Bekah Du Bois, Pro Se


Signature__ *Bekah Du Bois*__