United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

BEKAH DUBOIS,

Case No. 21-cv-03224-HSG

8

Plaintiff,

**ORDER RESCINDING DISMISSAL**

9

v.

Re: Dkt. No. 16

10

ANTHONY BOSKOVICH, et al.,

11

Defendants.

12
13        Plaintiff Bekah Dubois filed this action pro se on April 30, 2021.  *See* Dkt. No. 1.  On May

14    7, 2021, Judge Kim[1] issued an order granting Plaintiff's motion to proceed *in forma pauperis*, but

15    placed a hold on service of the complaint under 28 U.S.C. § 1915(e) because the complaint failed

16    to establish that the Court had jurisdiction.  *See* Dkt. No. 5.  Judge Kim explained the deficiencies

17    in the complaint and provided Plaintiff with another opportunity to amend.  Having reviewed the

18    amended complaint, Judge Kim again found that Plaintiff had failed to allege sufficient facts to

19    establish that that the $75,000 amount in controversy was met, as required for the Court to have

20    diversity jurisdiction over this case.  *See* Dkt. No. 10.  Accordingly, on July 22, 2021, Judge Kim

21    recommended dismissing this case with prejudice.  *See id.* at 3.  The report and recommendation

22    indicated that Plaintiff could file any objections within fourteen days.  *See id.*

23        After the time for objections had passed, this Court adopted Judge Kim's report and

24    recommendation and dismissed the case with prejudice.  *See* Dkt. No. 16.  The next day, the Court

25    received Plaintiff's objection to the report and recommendation.  *See* Dkt. No. 17.  In it, Plaintiff

26    suggested that she could cure the deficiencies in her complaint and requested an additional 30 days

27

28    [1] This case was previously assigned to Magistrate Judge Sallie Kim, and was reassigned to this
      Court on July 23, 2021.  *See* Dkt. No. 14.

1   to file a second amended complaint.  *Id.*

2         Having considered Plaintiff's objection,  the Court **RESCINDS** the dismissal and directs

3   the Clerk to reopen this case.  Dkt. No. 16.  Plaintiff further **DIRECTS** Plaintiff to file her second

4   amended complaint within 30 days of the date of this order.  Plaintiff should ensure that she

5   explains *how* this case meets the $75,000 amount in controversy for diversity jurisdiction.  It is not

6   enough for Plaintiff to say that she is entitled to $259,209.11 and $800,000 in damages for each of

7   her claims.  She must explain in detail how she calculated these figures and why she believes that

8   she is legally entitled to these damages.

9         **IT IS SO ORDERED.**

10   Dated: 9/2/2021

11

12   HAYWOOD S. GILLIAM, JR.
     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2