UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEKAH DU BOIS,

        Plaintiff,

   v.

ANTHONY BOSKOVICH, et al.,

        Defendants.

Case No. 21-cv-03224-HSG

**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT**

On October 5, 2021, Plaintiff Bekah Dubois filed a second amended complaint. *See* Dkt. No. 20. The Court directed the U.S. Marshal for the Northern District of California to serve a copy of the amended complaint, as well as the Court's prior orders in this case. *See* Dkt. No. 21. The U.S. Marshals have returned the process receipt, indicating that they were unable to serve Gary Stratton at the address Plaintiff provided. *See* Dkt. No. 25. The U.S. Marshals attempted to serve Mr. Stratton on several occasions, but ultimately returned the summons unexecuted. *See id.* Plaintiff will not be able to proceed with this case, however, until Mr. Stratton has been properly served. If Plaintiff has an updated address for Mr. Stratton or is able to obtain an updated address through some investigation, she may provide it to the Court. Plaintiff is **DIRECTED** to provide an update to the Court on her efforts to obtain an updated address for Mr. Stratton by March 28, 2022.

    **IT IS SO ORDERED.**

Dated: 3/2/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge