Bekah Du Bois

227 Encina Ave.
Redwood City, CA 94061

Tel: (650) 521-1779
Fax: (650) 618-1551
bekahdubois@gmail.com

Plaintiff, In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division: Oakland

| | |
|---|---|
| Bekah Du Bois<br><br>Plaintiff,<br><br>vs.<br><br>Anthony Boskovich, Gary Bertis Stratton<br><br>Defendant. | Case Number: Case No. 4:21-cv-03224-HSG<br><br>**ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING PLAINTIFF'S FOR TWO OPPOSITIONS TO DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1. The Oppositions to Defendants' Motions are currently due on Tuesday September 6, 2022

2. I respectfully request that the Court change these deadlines to *September 27, 2022*.

3. I have not already asked the Court to change this deadline.

4. This change is necessary because Plaintiff has recently had her right hip replaced and is still currently in physical therapy and limited to the amount of time she can work on the

MOTION TO CHANGE DEADLINES FOR FILING CASE NO. 4:21-cv-03224-HSG

1

computer, therefore Plaintiff needs additional time to submit the oppositions such that she can work on them daily for a short periods of time.

5. I believe changing this deadline will not affect any other deadlines.
6. The opposing side has not agreed. Plaintiff attempted to obtain the opposing party's agreement to this change by sending Defendant's Counsel an email at 3:50pm on Thursday, September 1, 2022.  Additionally, at 4:30pm on September 1, 2022. Plaintiff called  Mr. Thurston and Mr. Mintz. Mr. Mintz was not in the office, and the voice mail of Mr. Thurston was not operational when Plaintiff attempted to obtain agreement to Plaintiff's request for an extension of the deadlines.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: September 1, 2022         Signature:    *Bekah Du Bois*

Printed name:  Bekah Du Bois, Pro Se

MOTION TO CHANGE DEADLINES FOR FILING CASE NO. 4:21-cv-03224-HSG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Good cause appearing, the motion is GRANTED. The deadline for filing the OPPOSITIONS TO DEFENDANTS MOTION TO DISMISS AND MOTION TO STRIKE are <u>   9/27/2022      </u>.

   IT IS SO ORDERED.

Date: <u>  9/2/2022        </u>

*Haywood S. Gill, Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge