Bekah Du Bois
227 Encina Ave.
Redwood City, CA 94061
Tel: (650) 521-1779
Fax: (650) 618-1551
bekahdubois@gmail.com

Plaintiff, In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division: Oakland

| | |
|---|---|
| Bekah Du Bois<br><br>Plaintiff,<br><br>vs.<br><br>Anthony Boskovich, Gary Bertis Stratton<br><br>Defendant. | Case Number: Case No. 4:21-cv-03224-HSG<br><br>**SECOND ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING PLAINTIFF'S TWO OPPOSITIONS TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1. The Oppositions to Defendants' Motions are currently due on Tuesday September 27, 2022

2. I respectfully request that the Court change these deadlines to *October 4, 2022*.

3. I have once previously asked the Court to change this deadline.

4. This change is necessary because Plaintiff is going to undergo a Heart Ablation on September 20, 2022 at Stanford Hospital and is required to have several lengthy pre-op

PLAINTIFF'S SECOND MOTION FOR EXTENTION OF TIME TO FILE OPOSITIONS TO MOTION STRIKE AND MOTION TO DISMISS CASE NO. 4:21-cv-03224-HSG

1

appointments which are interfering with her time to work on preparing her Oppositions to the Defendant's Motion to Dismiss and Motion to Strike. Additionally, Plaintiff recently had her right hip replaced and continues to have multiple physical therapy appointments. She continues to be limited to the amount of time she can work on the computer, therefore Plaintiff needs additional time to submit the oppositions such that she can work on them daily for a short periods of time after having recovered from heart Ablation. Plaintiff thanks the court for the first order to extend the deadline to September 27, and apologizes for forgetting that she has an Ablation scheduled with Dr. Mohan Viswanathan at Stanford Hospital on September 20, 2022.

5. I believe changing this deadline will not affect any other deadlines.
6. The opposing side has agreed. Please see the Stipulation.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: September 12, 2022      Signature:   *Bekah Du Bois*

Printed name:  Bekah Du Bois, Pro Se

PLAINTIFF'S SECOND MOTION FOR EXTENTION OF TIME TO FILE OPOSITIONS TO MOTION STRIKE AND MOTION TO DISMISS CASE NO. 4:21-cv-03224-HSG

2

**ORDER**

Good cause appearing, Plaintiff's motion is GRANTED per stipulation. The deadline for filing the FILING OF OPPOSITIONS TO DEFENDANTS SECOND MOTION TO DISMISS AND MOTION TO STRIKE shall now be October 4, 2022.  The deadline to file a reply in support of the motion to dismiss and motion to strike is October 11, 2022.  Plaintiff is further cautioned that the Court will not provide any further extensions of time for her to file the opposition to these motions.

     IT IS SO ORDERED.

Date:  9/13/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge

PLAINTIFF'S SECOND MOTION FOR EXTENTION OF TIME TO FILE OPOSITIONS TO MOTION STRIKE AND MOTION TO DISMISS CASE NO. 4:21-cv-03224-HSG

3