1  Bekah Du Bois
2  227 Encina Ave.
   Redwood City, CA 94061
3  Tel: (650) 521-1779
4  Fax: (650) 618-1551
   bekahdubois@gmail.com
5
6  Plaintiff, In Pro Per

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                           Division: Oakland
10

11 Bekah Du Bois                          ) Case Number: Case No. 4:21-cv-03224-HSG
12                                        )
                                          ) **THIRD ADMINISTRATIVE MOTION**
13            Plaintiff,                  ) **AND ORDER TO CHANGE DEADLINE**
                                          ) **FOR FILING PLAINTIFF'S TWO**
14     vs.                                ) **OPPOSITIONS TO DEFENDANT'S**
                                          ) **MOTION TO DISMISS AND MOTION**
15 Anthony Boskovich, Gary Bertis Stratton) **TO STRIKE** *(as modified)*
                                          )
16                                        )
              Defendant.                  ) Judge: Hon. Haywood S. Gilliam, Jr.
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )

21

22   1. The Oppositions to Defendants' Motions are currently due on Tuesday,

23   October 4, 2022.

24   2. Although the court has limited Plaintiff to the second deadlines, Plaintiff respectfully

25   requests that the Court change these deadlines to *October 18, 2022*.

26   3. Plaintiff has twice previously asked the Court to change this deadline.

27

28
   PLAINTIFF'S THIRD MOTION FOR EXTENTION OF TIME TO FILE OPOSITIONS TO
       MOTION STRIKE AND MOTION TO DISMISS CASE NO. 4:21-cv-03224-HSG
                                      1

4. This change is necessary because Plaintiff has undergone an extensive Heart Ablation on September 20, 2022 at Stanford Hospital and is disabled by this procedure being required to rest for 7 -10 days which is interfering with her time to work on preparing her Oppositions to the Defendant's Motion to Dismiss and Motion to Strike. Additionally, Plaintiff recently had her right hip replaced and continues to have multiple physical therapy appointments. She continues to be limited to the amount of time she can work on the computer, therefore Plaintiff needs additional time to submit the oppositions such that she can work on them daily for a short periods of time after having recovered from heart Ablation.  Plaintiff is a seventy year old woman and as such is taking more time to fully recuperate to the point of being able to spend the time to complete her two Oppositions. Additionally, Plaintiff is relying on the San Francisco Pro Bono attorneys to assist her. Their time is limited to a half an hour at a time and difficult to schedule.

5. Plaintiff believes changing this deadline will not affect any other deadlines.

6. Plaintiff believes that she will need no further extensions of time.

7. The opposing side has not agreed based on the court's previous order.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: September 26, 2022         Signature:   *Bekah Du Bois*
                                 Printed name:  Bekah Du Bois, Pro Se

PLAINTIFF'S THIRD MOTION FOR EXTENTION OF TIME TO FILE OPOSITIONS TO MOTION STRIKE AND MOTION TO DISMISS CASE NO. 4:21-cv-03224-HSG

**ORDER**

Good cause appearing, Plaintiff's motion is GRANTED. The deadline for filing the FILING OF OPPOSITIONS TO DEFENDANTS SECOND MOTION TO DISMISS AND MOTION TO STRIKE shall now be October 18, 2022.  The deadline to file a reply in support of the motion to dismiss and motion to strike is October 25, 2022.  Although the Court finds that there are extraordinary medical circumstances that warrant this limited extension of time, no further extensions will be granted for any reason.

IT IS SO ORDERED.

Date:   9/29/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge

PLAINTIFF'S THIRD MOTION FOR EXTENTION OF TIME TO FILE OPOSITIONS TO MOTION STRIKE AND MOTION TO DISMISS CASE NO. 4:21-cv-03224-HSG

3