Bekah Du Bois, Pro Per
227 Encina Ave
Redwood City, CA 94061
650-521-1779
bekahdubois@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| Bekah Du Bois<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY BOSKOVICH, ESQ<br>GARY B. STRATTON<br><br>    Defendants | Case No.: 21-cv-03224-HSG<br><br>JUDGE:<br>Hon. Haywood S. Gilliam, JR.<br><br>PLAINTIFF'S REQUST TO MAKE A TELEPHONIC APPEARANCE AT 2PM ON 11/17/2022 AT HEARING ON DEFENDANT BOSKOVICH'S MOTIONS TO DISMISS AND MOTION TO STRIKE – ANTI SLAPP AND ORDER **(as modified)** |

Plaintiff Bekah Du Bois respectfully requests the opportunity to appear by telephone at the hearing on November 17, 2022 on Defendant Anthony Boskovich's Motion to Dismiss and Motion to Strike. Plaintiff's request is based on good cause, as outlined below:

1) Plaintiff has recently undergone both a Heart Ablation for Atrial Fibrillation and a hip replacement surgery for which she is still undergoing rehabilitation.

   To the extent needed to drive to Court, Plaintiff is not quite able to withstand the stress on her body to drive round trip to Oakland.

---

PLAINTIFF'S REQUST TO MAKE A TELEPHONIC APPEARANCE AT 2PM ON 11/17/2022 AT HEARING ON DEFENDANT BOSKOVICH'S MOTIONS TO DISMISS AND MOTION TO STRIKE – ANTI SLAPP AND ORDER - 1

2) Due to Plaintiff's disabilities, she does not have the resources at this time to pay for the gasoline needed to drive to Oakland and for the reasons stated in number 1 is not able to utilize public transportation at this time.

Plaintiff greatly appreciates the Court's consideration of this request.

Date: November 13, 2022          Signature:     *Bekah Du Bois*

Respectfully submitted,

Printed name: Bekah Du Bois

Pro Se

---

PLAINTIFF'S REQUST TO MAKE A TELEPHONIC APPEARANCE AT 2PM ON 11/17/2022 AT HEARING ON DEFENDANT BOSKOVICH'S MOTIONS TO DISMISS AND MOTION TO STRIKE – ANTI SLAPP AND ORDER - 2

Good cause appearing, Plaintiff's Request to appear Telephonically on November 13, 2022 at 2:00pm is GRANTED.  Plaintiff shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

     IT IS SO ORDERED.

Date:  11/14/2022

United States District Judge

---

PLAINTIFF'S REQUST TO MAKE A TELEPHONIC APPEARANCE AT 2PM ON 11/17/2022 AT HEARING ON DEFENDANT BOSKOVICH'S MOTIONS TO DISMISS AND MOTION TO STRIKE – ANTI SLAPP AND ORDER - 3