UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKAH DU BOIS,<br>　　　　Plaintiff,<br>　v.<br>ANTHONY BOSKOVICH, et al.,<br>　　　　Defendants. | Case No.  21-cv-03224-HSG<br><br>**JUDGMENT** |

　　　Judgment is hereby entered consistent with the Court's Order Granting Motion to Strike, Granting Motion to Dismiss, and Terminating as Moot Motion to Dismiss,

　　　This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

　　　Dated at Oakland, California, this 7th day of February, 2023.

　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Nikki D. Riley
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk to the Honorable
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.